LT

FILED
JUL 11 2016
7-11-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ERA 6-27-16

TO: Clerk OR

TO: Judge Sara L. Ellis,

Case # 16-CV-2954

How are you? My name is Stephen L. Knox #M06047 and im writing because you all sent me a letter saying I can proceed in Forma Pauperis. Also that magistrate Judge is Judge Maria Valdez. And my case number is 16-CV-2954. The last time I heard or got a letter was dated March 8, 2016. for the above status.

Also I have medical records from the use of force incident. How do I go to present them to the Honorable Court? Also I wrote grievances when I was in Cook County but after I gotten my court time I was tranferred to stateville out of the court room I was not able to pack my property or mail or legal mail like grievances so im trying to get all of my grievances I wrote in Cook County I appealed them and I have Control ~~case~~ numbers for them. Also I do not know about fileing a law suit. How can I get a lawyer? Please write back. Respectfully Presented. Thanks...