**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STEPHEN KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 16-cv-02954 |
| | ) | |
| v. | ) | |
| | ) | Honorable Sara L. Ellis |
| ANTHONY SQUEO, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

# NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on Tuesday, August 9, 2016 at 9:30 am, or as soon thereafter as I may be heard, I shall appear before the Honorable Sara L. Ellis, or any Judge sitting in her stead, in Courtroom 1403 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois, and shall then and there present the attached **Motion to be Relieved of Counsel Pursuant to Local Rule 83.38**.

*/s/ Michael J. Smith*
_____
CAVANAGH LAW GROUP
161 N. Clark St.
Suite 2070
Chicago, IL 60601
(312) 425-1900
mjs@CavanaghLawGroup.com

**CERTIFICATE OF SERVICE**

And I hereby certify that on July 30, 2016, I mailed by United States Postal Service, the document to the following non-registered CM/ECF system participant:

Stephen L. Knox
#M06047
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

_____
Michael J. Sorich
CAVANAGH LAW GROUP
161 N. Clark St., Suite 2070
Chicago, IL 60601
(312) 425-1900
Fax: (312) 425-1900
mjs@CavanaghLawGroup.com